UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60951-CIV-DAMIAN

**DENISE PAYNE**,

    Plaintiff,

v.

**AW WESTSIDE MEDICAL PARK, LLC**,

    Defendant.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** is before the Court following an in-person Status Conference held on August 21, 2024. [ECF No. 16]. At the hearing, the parties indicated they are endeavoring to reach an agreement to resolve all issues in this matter. For the reasons stated on the record at the Status Conference, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **forty-five (45) days** of the date of this Order.

2. In the event the parties do not complete the expected settlement within the time set forth above, the parties shall file a Joint Status Report on or before **October 7, 2024**, updating the Court as to the status of the litigation and pending settlement, if any.

3. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

4. The Clerk shall **CLOSE** this case for administrative purposes only.

5. Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 23rd day of August, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record