## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-60951-CIV-DAMIAN

**DENISE PAYNE**,

 Plaintiff,

v.

**AW WESTSIDE MEDICAL PARK, LLC**,

 Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 26] ("Stipulation"), filed December 26, 2024.

THE COURT having reviewed the Stipulation and being otherwise fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED AND ADJUDGED as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own fees and costs.
3. The Clerk of Court is directed to **CLOSE** this case.
4. Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 2nd day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**